# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Subscriber and content information associated with<br>Google accounts: GONZOLIFE88@GMAIL.COM and<br>XXMILLERXXDARREN@GMAIL.COM. | )<br>)<br>)  Case No.  2:22-mj-551<br>)<br>)<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A

located in the ___Southern___ District of ___Ohio___, there is now concealed *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. Section 841 | Knowingly or intentionally attempt to manufacture, distribute, or dispense, or possess with intent to manufacture, distribute, or dispense a controlled substance. |

The application is based on these facts:

SEE AFFIDAVIT ATTACHED HERETO AND INCORPORATED BY REFERENCE HEREIN

- ☑ Continued on the attached sheet.
- ☑ Delayed notice of ____ days (give exact ending date if more than 30 days: __01/31/2023__ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

David Barrick, Taskforce Officer
*Printed name and title*

Sworn to before me and signed in my presence.
Via FaceTime.
Date: __08/09/2022__

Elizabeth A. Preston Deavers
United States Magistrate Judge

City and state: Columbus, Ohio

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF ) | Case no: | 2:22-mj-551 |
| ) | | |
| Any and all subscriber and content information ) | Magistrate Judge | Deavers |
| associated with the Google LLC accounts: ) | | |
| GONZOLIFE88@GMAIL.COM & ) | | |
| XXMILLERXXDARREN@GMAIL.COM ) | | |
| ) | **Under Seal** | |

## AFFIDAVIT IN SUPPORT OF AN APPLICATION UNDER
## RULE 41 FOR A WARRANT TO SEARCH AND SEIZE

I, United States Drug Enforcement Administration (DEA) Task Force Officer David Barrick, hereafter referred to as your affiant, being first duly sworn, hereby depose and state as follows:

1. Your affiant makes this affidavit in support of an application for a search warrant for information associated with certain accounts that are stored at the premises controlled by GOOGLE LLC, an email provider headquartered at 1600 Amphitheatre Parkway, Mountain View, California, 94043. The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require GOOGLE LLC to disclose to the government copies of the information (including the content of communications) further described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

2. Your affiant is currently employed as a Sergeant by the Franklin County Sheriff's Office, and has concurrently been serving as a Task Force Officer with the Drug Enforcement Administration (hereinafter referred to as "DEA") since May of 2019. Being duly appointed according to law and acting as such, your affiant is an investigative or law enforcement officer within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States who is empowered by law to conduct

1

investigations and to make arrests for offenses enumerated in 18 U.S.C. § 2516. In those capacities, your affiant has participated in investigations involving the debriefing of illegal narcotics traffickers, review of electronic information obtained pursuant to search warrants issued to electronic communications providers, review of telephone records and GPS data, review of money transfer records, surveillance, analysis of pen register information, review of electronically stored communications, crypto-currency blockchain analysis, and various other investigative techniques. As a result of your affiant's training and experience, your affiant is familiar with the techniques and methods of operation used by individuals involved in criminal activity to conceal their activities from detection by law enforcement authorities, to communicate with co-conspirators known and unknown, and to arrange for the transport of contraband, including narcotics. Your affiant is responsible for enforcing federal criminal statutes including, controlled substance violations, pursuant to Title 21 U.S.C. § 841 - knowingly or intentionally attempt to manufacture, distribute, or dispense, or possess with intent to manufacture, distribute, or dispense controlled substance.

3. The facts in this affidavit come from your affiant's personal observations, training and experience, as well as review of documents and information obtained from other law enforcement personnel and witnesses. Because the purpose of this affidavit is limited to demonstrating probable cause for the requested warrant, it does not set forth all my knowledge about this matter. In addition, when your affiant relies on statements made by others, such statements are set forth only in part and in sum and substance unless otherwise indicated.

4. Based on your affiant's training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of 21 U.S.C. § 841 have been committed by the subscribers of the GOOGLE LLC accounts GONZOLIFE88@GMAIL.COM and XXMILLERXXDARREN@GMAIL.COM. There is also probable cause to search the information described in Attachment A for evidence, instrumentalities, contraband and/or fruits of these crimes further described in Attachment B.

## JURISDICTION

5. This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A), & (c)(1)(A). Specifically, the Court is "a district court of the United States . . . that has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

2

## PROBABLE CAUSE

6. In November 2017, the Drug Enforcement Administration (DEA) collected information concerning "THE CHURCH OF RAVE" (hereinafter "COR") dark net lysergic acid diethylamide (LSD) and 3,4-Methylenedioxymethamphetamine (MDMA) wholesaler. COR operated a hidden website (referred to as a "hidden service") located on The Onion Router (TOR). COR was described as *"the private vendor shop of 'JesusOfRave' - old time vendor selling LSD & MDMA."* COR also operated a distribution program where COR would provide a monthly stipend to various distributors (referred to as "stockists"). On the COR hidden website, 1FAMILY1LOVE was listed as a "stockists", i.e. LSD distributor, supplied by COR.

7. The Central Ohio Cyber Drug Taskforce began investigating the darknet 1FAMILY1LOVE LSD Drug Trafficking Organization (DTO). An investigative search revealed 1FAMILY1LOVE made multiple posts regarding LSD trafficking on The Hub discussion forum. The Hub is known to investigators as a discussion forum on TOR hidden services which focuses on topics such as darknet marketplace reviews. 1FAMILY1LOVE additionally made posts on The Majestic Garden (TMG) darknet drug forum. Posts from 1FAMILY1LOVE advertised bulk direct sales of "West Coast" LSD crystal and bulk amounts of LSD blotter paper sheets. 1FAMILY1LOVE advertised one gram of LSD crystal for $11,000 and ½ gram of LSD crystal for $6,500.

8. Blockchain analysis was conducted on the bitcoin (BTC) addresses known to be used by 1FAMILY1LOVE for LSD sales. These BTC addresses were contained in a wallet containing the root address 16ysdSoBeQoDKZGjyCWK8bgaoPnBtUxwDS, herein referred to as the "1FAMILY1LOVE BTC wallet". Individuals sending funds to and receiving funds from the 1FAMILY1LOVE BTC wallet are suspected of being co-conspirators in the 1FAMILY1LOVE DTO and/or supplied by members of the 1FAMILY1LOVE DTO. Investigators believe these co-conspirators are either directly conspiring with 1FAMILY1LOVE or are reselling 1FAMILY1LOVE LSD under separate darknet monikers.

9. Blockchain analysis showed the 1FAMILY1LOVE BTC wallet indirectly received suspected drug proceeds from Coinbase, Inc. via the below transactions:

- On September 13, 2018, 0.13357895 BTC was received from Coinbase to address

3

    1HXfBmRNcztosSvXd2e51sAJKvzqZoDxYT, via transaction 4eefacf13ee94b2f1728604721545ca7a48872fc4af5af6afe53aecdfeb32486.

- On April 15, 2020, 0.81326438 BTC was received from Coinbase to address 15ZEswe2jCarop7UEFgjVvaE6RDRX2eRGx, via transaction ca023c3e5865a23357c05bd3c48de686c95d5fa4f893dbcf707a5653446bcf5d.
- On October 30, 2020, 0.62409115 BTC was received from Coinbase to address 1LkS8VW8pfjUkTb5rjPeBLPnh1h3dmHHJG, via transaction 6325716db930106f7899ea41345d029255e51a36453bd0b87dc1b0f7b5e7a8e3.

10. On June 6, 2022, Coinbase was issued a subpoena for the Coinbase account funding the above transactions. Coinbase subpoena returns showed all of the transactions were sent by Coinbase user Darren MILLER, address: 2324 Lexington Rd., Richmond, KY, using the email accounts GONZOLIFE88@GMAIL.COM and XXMILLERXXDARREN@GMAIL.COM. Returns revealed the MILLER's account received 24.63582579 BTC (valued at $229,887.32 at the time of transaction) during the life of the account. Records showed MILLER's account received funds indirectly from WALL STREET, NIGHTMARE, DARKMARKET, and APOLLON darknet markets.

11. Coinbase records showed on March 20, 2018, MILLER's Coinbase account sent BTC to a wallet containing the root address 1KMRp4xFaE8dwPyLf26w9tekGEtvPJT47g. Information obtained from law enforcement seized marketplace data revealed the wallet containing the root address 1KMRp4xFaE8dwPyLf26w9tekGEtvPJT47g was the withdraw wallet for WALL STREET vendor REALPHARMAINC and the withdraw wallet for DARKMARKET buyer REALPHARMAINC. Investigative research determined REALPHARMAINC sold LSD blotters they personally laid from crystal. REALPHARMAINC indicated they sold WESTCOAST, JESUSOFRAVE, and GAMMAGOBLIN LSD.

12. Coinbase records indicated from August 31, 2019 to April 29, 2022, MILLER logged into his account 190 times from Internet Protocol (IP) address 192.181.102.115. A commercial tracing tool showed on March 24, 2022 and April 29, 2022, a wallet containing the root address 14TUFkwkrjPTeALbF9To6oS2SBkhR6GmXj was also accessed by an individual from IP address 192.181.102.115.

13. Blockchain analysis was conducted on the wallet accessed by IP address 192.181.102.115 and

containing the root address 14TUFkwkrjPTeALbF9To6oS2SBkhR6GmXj. Analysis revealed this wallet received 0.7681 BTC (valued at $5,281.65 at the time of transaction) from APOLLON, DARKMARKET, and WALL STREET darknet markets. Information obtained from law enforcement seized marketplace data revealed this wallet was a darknet vendor withdraw address for LSD vendor VISIONFACTORY and a darknet withdraw address for LSD buyer REALPHARMAINC. Further, blockchain analysis showed this wallet sent 1.7295374 bitcoin (valued at $15,646.52 at the time of transaction) to the 1FAMILY1LOVE BTC wallet, via three transactions. Investigators believe these transactions are suspected of being LSD purchases from 1FAMILY1LOVE.

14. Per the American Registry for Internet Numbers, the IP address 192.181.102.115 is registered to Charter Communications – Spectrum. On June 6, 2022, Charter Communications – Spectrum was served a subpoena for the account records associated with the IP address 192.181.102.115 on March 24, 2022 and April 29, 2022. Charter Communications – Spectrum records indicated the IP address 192.181.102.115 on March 24, and April 29, 2022 was attributed to Charter Communications – Spectrum customer Jacqueline MILLER at 2324 Lexington Rd., Richmond, KY 40475. A commercial database located a Jacqueline Faith MILLER at 2324 Lexington Rd., Richmond, KY, the same address listed in Darren MILLER's Coinbase return. Darren MILLER was listed as a possible relative of Jacqueline MILLER.

15. On June 7, 2022, a search warrant was obtained for the Secmail email account of 1FAMILY1LOVE, 1FAMILY1LOVE@SECMAIL.PRO. The responsive records indicated 1FAMILY1LOVE@SECMAIL.PRO communicated with REALPHARMAINC@SECMAIL.PRO via encrypted email messages. Investigators believe these communications are suspected of being LSD purchases from 1FAMILY1LOVE.

16. On August 4, 2022, Homeland Security Investigations (HSI) Special Agent (SA) Greg Libow conducted a search of TMG darknet drug forum for posts by 1FAMILY1LOVE. SA Libow located a post by 1FAMILY1LOVE on July 7, 2022, on their TMG vendor page, "*HI Family Im looking to do a huge restock*"..."*1 Gram West Coast Needlepoint 7k half gram West Coast Needlepoint 4k get your orders in*". On July 27, REALPHARMAINC posted "*Pm'd ya*" in a forum thread titled, "Re: 1FAMILY1LOVE WCNP Crystal 7k grams 4k Half Grams US US Domestic". Investigators believe this message is slang for "Private messaged you." On July 28, 1FAMILY1LOVE responded to REALPHARMAINC by posting, "*HI Family its good to hear from you again I messaged you back*

5

*Much Love Family*". TMG is known to facilitate drug transactions via private messages on their site.

17. A check through the National Crime Information Center revealed MILLER was arrested on December 27, 2007 for misdemeanor Possession of a Controlled Substance (Unspecified Drug) and Possession of Drug Paraphernalia.

18. Accordingly, I submit that there is probable cause to believe that the email accounts GONZOLIFE88@GMAIL.COM and XXMILLERXXDARREN@GMAIL.COM are used by Darren MILLER, suspected of being the darknet LSD drug trafficking vendors REALPHARMAINC and VISIONFACTORY, which purchase their LSD from 1FAMILY1LOVE. It is further believed that the email accounts GONZOLIFE88@GMAIL.COM and XXMILLERXXDARREN@GMAIL.COM contain evidence of the Subject Offenses.

## BACKGROUND CONCERNING GOOGLE LLC ACCOUNTS AND EMAIL

19. GOOGLE LLC provides a variety of online services, including electronic mail ("email") access, to the public. GOOGLE LLC allows subscribers to obtain email accounts at the domain name gmail.com, like the email account listed in Attachment A. Subscribers obtain an account by registering with GOOGLE LLC. During the registration process, GOOGLE LLC asks subscribers to provide basic personal information. Therefore, the computers of GOOGLE LLC are likely to contain stored electronic communications (including retrieved and un-retrieved email for GOOGLE LLC subscribers) and information concerning subscribers and their use of GOOGLE LLC services, such as account access information, email transaction information, and account application information. In my training and experience, such information may constitute evidence of the crimes under investigation because the information can be used to identify the account's user or users.

20. Providers generally ask their subscribers to provide certain personal identifying information when registering for an email account. Such information can include the subscriber's full name, physical address, telephone numbers, alternative email addresses, photos and other identifiers, and, for paying subscribers, means and source of payment (including any credit or bank account number). Such information may constitute evidence of the crimes under investigation because the information can be used to identify the account's user or users. Even if subscribers insert false information to conceal their identity, this information often provides clues to their identity, location, or illicit activities.

6

21. Email providers typically retain certain transactional information about the creation and use of each account on their systems. This information can include the date on which the account was created, the length of service, records of log-in (i.e., session) times and durations, the types of service utilized, the status of the account (including whether the account is inactive or closed), the methods used to connect to the account (such as logging into the account via the provider's website), and other log files that reflect usage of the account. In addition, email providers often have records of the Internet Protocol address ("IP address") used to register the account and the IP addresses associated with particular logins to the account. Because every device that connects to the Internet must use an IP address, IP address information can help to identify which computers or other devices were used to access the email account.

22. In some cases, email account users will communicate directly with an email service provider about issues relating to the account, such as technical problems, billing inquiries, or complaints from other users. Email providers typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications. Such information may constitute evidence of the crimes under investigation because the information can be used to identify the account's user or users.

23. GOOGLE LLC subscribers often sign into their GOOGLE LLC accounts using mobile smartphones. In doing so, GOOGLE LLC subscribers can backup content from the smartphone to their GOOGLE LLC account, such as messages, documents, photos, notes, calendars, contacts, internet website bookmarks and history, credit card information and other information. Cryptocurreny users often take photos of backup, or seed, phrases associated with their cryptocurrency accounts in-order-to not lose access to their cryptocurrency accounts. Darknet users often take photos of their Darknet transactions and the drugs they are selling or purchasing for record keeping and other purposes. GOOGLE LLC subscribers can create a backup copy of all these photos into their GOOGLE LLC accounts.

24. This application seeks a warrant to search all responsive records and information under the control of GOOGLE LLC, a provider subject to the jurisdiction of this court, regardless of where GOOGLE LLC has chosen to store such information. The government intends to require the disclosure pursuant to the requested warrant of the contents of wire or electronic communications and any records or other

7

information pertaining to the customers or subscribers if such communication, record, or other information is within GOOGLE LLC's possession, custody, or control, regardless of whether such communication, record, or other information is stored, held, or maintained outside the United States.

25. As explained herein, information stored in connection with an email account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or alternatively, to exclude the innocent from further suspicion. The information stored in connection with an email account can indicate who has used or controlled the account. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence. For example, email communications, contacts lists, and images sent (and the data associated with the foregoing, such as date and time) may indicate who used or controlled the account at a relevant time. Further, information maintained by the email provider can show how and when the account was accessed or used. For example, as described below, email providers typically log the Internet Protocol (IP) addresses from which users access the email account, along with the time and date of that access. By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic context of the email account access and use relating to the crime under investigation. This geographic and timeline information may tend to either inculpate or exculpate the account owner. Additionally, information stored at the user's account may further indicate the geographic location of the account user at a particular time (e.g., location information integrated into an image or video sent via email). Last, stored electronic data may provide relevant insight into the email account owner's state of mind as it relates to the offense under investigation. For example, information in the email account may indicate the owner's motive and intent to commit a crime (e.g., communications relating to the crime), or consciousness of guilt (e.g., deleting communications in an effort to conceal them from law enforcement).

## CONCLUSION

26. Based on the forgoing, your affiant requests that the Court issue the proposed search warrant for the GOOGLE LLC accounts GONZOLIFE88@GMAIL.COM and XXMILLERXXDARREN@GMAIL.COM. Because the warrant will be served on GOOGLE LLC, who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

## REQUEST FOR NON-DISCLOSURE AND SEALING

27. The United States request that pursuant to the preclusion of notice provisions of 18 U.S.C. § 2705(b), GOOGLE LLC be ordered not to notify any person (including the subscriber or customer to which the materials relate) of the existence of this warrant for such period as the Court deems appropriate. The United States submits that such an order is justified because notification of the existence of this warrant would seriously jeopardize the ongoing investigation. Such a disclosure would give the subscriber an opportunity to destroy or tamper with evidence, change patterns of behavior, notify confederates, and/or flee from prosecution.

28. Your affiant further request that the Court order that all papers in support of this application, including the affidavit and search warrant, be sealed until further order of the Court. These documents discuss an ongoing criminal investigation that is neither public nor known to all the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may give targets an opportunity to destroy or tamper with evidence, change patterns of behavior, notify confederates, and/or flee from prosecution.

_____
David Barrick
Taskforce Officer
Drug Enforcement Administration

Sworn to before me, and subscribed in my presence, this 9th day of August 2022, at Columbus, Ohio.

/s/Elizabeth A. Preston Deavers
_____
Elizabeth A. Preston Deavers
United States Magistrate Judge
Southern District of Ohio

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with the following two GOOGLE LLC accounts that are stored at premises owned, maintained, controlled, or operated by GOOGLE LLC, a company headquartered at 1600 Amphitheatre Parkway, Mountain View, California, 94043:

- GONZOLIFE88@GMAIL.COM
- XXMILLERXXDARREN@GMAIL.COM

## ATTACHMENT B

### Particular Things to be Seized

I. **Information to be disclosed by GOOGLE LLC (the "Provider")**

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, regardless of whether such information is stored, held or maintained inside or outside of the United States, and including any emails, records, files, logs, or information that has been deleted but is still available to the Provider, the Provider is required to disclose the following information to the government for the account or identifier listed in Attachment A (GONZOLIFE88@GMAIL.COM and XXMILLERXXDARREN@GMAIL.COM):

a. The contents of all emails associated with the account, including stored or preserved copies of emails sent to and from the account, draft emails, the source and destination addresses associated with each email, the date and time at which each email was sent, and the size and length of each email;

b. The contents of all voice mails, recordings and text messages and call records associated with phone accounts;

c. All records or other information regarding the identification of the account, to include full name, profile photos, physical addresses, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the Internet Protocol (IP) Address used to register the account, log-in IP Addresses associated with session times and dates, account status, alternative email addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

d. The types of service utilized;

e. All records or other information stored at any time by an individual using the account, including address books, contact and buddy lists, calendar data, pictures, and files;

11

  f. All records pertaining to communications between the Provider and any person regarding the account, including contacts with support services and records of actions taken;

  g. All records backed up to the accounts that are associated with mobile phones or any other electronic devices; and

  h. For all information required to be disclosed pursuant to this warrant, the physical location or locations where the information is stored.

II.   **Information to be seized by the government**

All information described above in Section I that constitutes fruits, contraband, evidence, and/or instrumentalities of violations of 21 U.S.C. § 841 (knowingly or intentionally attempt to manufacture, distribute, or dispense, or possess with intent to manufacture, distribute, or dispense controlled substance), those violations involving GONZOLIFE88@GMAIL.COM and XXMILLERXXDARREN@GMAIL.COM, including, for each account or identifier listed on Attachment A, information pertaining to the following matters:

(a) The acquisition, sale and/or transport of illegal narcotics, communications between the user of the email address listed in Attachment [A] and co-conspirators in committing the above-referenced violations, communications by or with the user of the email address listed in Attachment [A] regarding preparatory steps in furtherance of the scheme and other evidence of the participation of the user of the email address listed in Attachment [A] in the above-referenced violation.

(b) Evidence indicating how and when the email account was accessed or used, to determine the geographic and chronological context of account access, use, and events relating to the crime under investigation and to the email account owner;

(c) Evidence indicating the email account owner's state of mind as it relates to the crime under investigation;

(d) The identity of the person who created or used the user ID, including records that help reveal the whereabouts of such person.

(e) The identity of the person who communicated with the email address listed in Attachment [A] about matters relating to 21 U.S.C. § 841, including records that help reveal their whereabouts.

13

# CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, _____, attest, under penalties of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this declaration is true and correct. I am employed by GOOGLE LLC, and my official title is

_____. I am a custodian of records for GOOGLE LLC. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of GOOGLE LLC, and that I am the custodian of the attached records consisting of

_____ (pages/CDs/kilobytes). I further state that:

    a.    all records attached to this certificate were made at or near the time of the occurrence of the matter set forth, by, or from information transmitted by, a person with knowledge of those matters;

    b.    such records were kept in the ordinary course of a regularly conducted business activity of GOOGLE LLC; and

    c.    such records were made by GOOGLE LLC as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

_____       _____
Date                                                                            Signature